**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 19-6690

BRANDON MARQUIS JENNINGS, a/k/a Mustafa Beezy Bey,

Petitioner - Appellant,

v.

UNITED STATES OF AMERICA REPUBLIC CORPORATION,

Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:18-hc-02251-FL)

Submitted:  August 22, 2019                    Decided:  August 27, 2019

Before KING and RICHARDSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Brandon Marquis Jennings, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandon Marquis Jennings, a federal prisoner, appeals the district court's order dismissing his 28 U.S.C. § 2241 (2012) petition.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court. *Jennings v. United States of Am. Republic Corp.*, No. 5:18-hc-02251-FL (E.D.N.C. May 2, 2019).  We deny as moot Jennings' motion for bail or release pending appeal.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*